O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRED KUSHNER, ) | Case No. CV 06-5325 CAS (SSx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| LEHIGH CEMENT COMPANY a ) corporation; LIFE INSURANCE ) COMPANY OF NORTH AMERICA, ) a corporation, ) | |
| Defendants. ) | |
| _____ ) | |

Judgment is entered in favor of defendant Life Insurance Company of North America and against plaintiff Fred Kushner, each side to bear its own attorneys' fees and costs.

Dated: August 8, 2008

 _____
 CHRISTINA A. SNYDER
 UNITED STATES DISTRICT JUDGE

H:\CASNYDER\Civil\E-Filings\CV06-5325Judgment01.wpd