1  **CHARLES J. FLEISHMAN**  JS - 6
   Bar# 46405
2  A Professional Corporation
   19839 Nordhoff St.
3  Northridge, California 91324
   Telephone: (818) 350-6285
4  FAX: (818) 350-6272
   Attorney for Plaintiff

7           UNITED STATES DISTRICT COURT

8           CENTRAL DISTRICT OF CALIFORNIA

10 FRED KUSHNER                     )   NO. CV 06-5325 CAS(SSx)
                                    )
11         Plaintiff,               )   [PROPOSED] ORDER DISMISSING
                                    )   LEHIGH CEMENT COMPANY
12    vs.                           )
                                    )
13 LEHIGH CEMENT COMPANY, a         )
   corporation; LIFE INSURANCE COMPANY)
14 OF NORTH AMERICA, a corporation; )
   DOES 1 through 10, inclusive,    )
15                                  )
           Defendants.              )
16 _____ )

17 Pursuant to the stipulation of the parties, the complaint is dismissed with prejudice

18 with regard to Defendant Lehigh Cement Company

19 Dated: September 2, 2008

21 _____
   Hon. Christina A. Snyder
22 District Court Judge